United States District Court
Southern District of Texas
**ENTERED**
September 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **MOHAMMAD HASSANI**,<br>Petitioner, | §<br>§<br>§ | |
| v. | § | Civil Action No. **1:26-cv-778** |
| **MIGUEL VERGARA**, in his official capacity, Field Office Director of Enforcement and Removal Operations,<br>Respondent. | §<br>§<br>§<br>§<br>§ | |

**ORDER**

Before the Court is Petitioner Mohammad Hassani's "Petition for a Writ of Habeas Corpus" ("§ 2241 Petition"); Hassani, a citizen of Afghanistan, lists various Respondents (collectively, the "Government"). Dkt. No. 1.

The Government is **ORDERED** to file a response to Hassani's § 2241 Petition on or before **September 15, 2026**. If Hassani wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.

**SO ORDERED.**

**SIGNED** on this **1st** day of **September, 2026**, at Brownsville, Texas.

**Ignacio Torteya, III**
**United States Magistrate Judge**